UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE BALLONOFF,<br><br>Plaintiff,<br><br>v.<br><br>FRANCHESCA CALLEJO, et al.,<br><br>Defendants. | Case No. 19-cv-02281-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 13 |

This case was reassigned to the undersigned judge on September 11, 2019. Dkt. No. 14. The previous day, Magistrate Judge Ryu issued a Report and Recommendation recommending that the Court dismiss this case based on plaintiff's failure to prosecute this case and failure to comply with the Court's deadlines and orders, including a failure to pay the court filing fee. Dkt. No. 13. No party has filed a response to the Report and Recommendation.

This Court has reviewed de novo the filings in this case, including the complaint, the application for leave to proceed in forma pauperis ("IFP"), the request for an extension of the IFP deadline, and the Report and Recommendation to Dismiss. The Court hereby ADOPTS the Report and Recommendation (Dkt. No. 13) and DISMISSES this case without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: October 2, 2019

_____
SUSAN ILLSTON
United States District Judge