UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE BALLONOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCHESCA CALLEJO, et al.,<br><br>    Defendants. | Case No. 19-cv-02281-SI<br><br>**JUDGMENT** |

The Court has dismissed this case without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 2, 2019

_____
SUSAN ILLSTON
United States District Judge